**Robert ADAM and Cheryl Adam, Respondents,**

v.

**Anthony TOBIN, Appellant.**

**No. 48152.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 27, 1984.

David R. Spitznagel, Clayton, for appellant.

Keith W. Hazelwood, St. Charles, for respondents.

### ORDER

PER CURIAM.

Defendant appeals from a judgment entered upon a jury verdict for $1,000 in favor of plaintiff in a breach of contract action for the sale of real estate.

The judgment of the trial court is affirmed. Rule 84.16(b).